UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-20627-CIV-MORENO

HAKAM SUELIMAN,

    Plaintiff,

vs.

CYRUS BISCHOFF, P.A.,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Complaint **(D.E. No. 1)**, filed on **February 23, 2011**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 12)** on **April 26, 2011**. The Court has reviewed the entire file and record. The objections to the Magistrate Judge's Report and Recommendation were due by **May 13, 2011**. No objections were filed with the Court.

**ADJUDGED** that United States Magistrate Judge White's Report and Recommendation **(D.E. No. 12)** on **April 26, 2011** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that:

    (1)    This complaint shall be dismissed for failure to state a claim pursuant to 28 U.S.C.

§1915(e)(2)(B)(ii).

(2) The case shall be closed

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of May, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record